CLOSED,ACO,TransferredOutCase–DoNotDocket

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:19–cv–03800–JMA–SIL

| | |
|---|---|
| The City of Auburn v. Purdue Pharma L.P. et al | Date Filed: 06/28/2019 |
| Assigned to: Judge Joan M. Azrack | Date Terminated: 10/02/2019 |
| Referred to: Magistrate Judge Steven I. Locke | Jury Demand: Plaintiff |
| Case in other court: Supreme Court of the State of NY, Cnty of Cayuga, E2019–0669 | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Cause: 28:1332 Diversity–Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**The City of Auburn**　　　　　　　　　　represented by　**Hunter Jay Shkolnik**
Napoli Shkolnik PLLC
360 Lexington Avenue
11th. Floor
New York, NY 10017
212–397–1000
Email: hunter@napolilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L Ciaccio**
Napoli Shkolnik, PLLC
400 Broadhollow Road – Suite 305
Melville, NY 11747
212–397–1000
Fax: 646–843–7603
Email: jciaccio@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Paul J. Napoli**
Napoli Shkolnik PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
212–397–1000
Email: pnapoli@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Salvatore Charles Badala**
Napoli Shkolnik PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
212–397–1000
Fax: 646–843–7603
Email: sbaldala@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Shayna Erin Sacks**

Napoli Skolnik LLP
400 Broadhollow Road
Suite 305
Melville, NY 11747
212–397–1000
Fax: 646–843–7603
Email: ssacks@napolibern.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma Inc.**

**Defendant**

**Purdue Frederick Company, Inc.**

**Defendant**

**Teva Pharmaceuticals USA, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Johnson & Johnson**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceutica, Inc.**
*Now Known As*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Ortho–McNeil–Janssen Pharmaceuticals, Inc.**
*Now Known As*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Endo Health Solutions Inc.**

**Defendant**

Endo Pharmaceuticals, Inc.

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis PLC

**Defendant**

**Actavis, Inc.**
*formerly known as*
Watson Pharmaceuticals, Inc.

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**Actavis LLC**

**Defendant**

**Actavis Pharma, Inc.**
*formerly known as*
Watson Pharma, Inc.

**Defendant**

**Insys Therapeutics, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health Inc.** | represented by | **Kevin Patrick Mulry** |
| | | 400 RXR Plaza |
| | | Uniondale, NY 11556 |
| | | 516−227−0700 |
| | | Email: kmulry@farrellfritz.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **AmerisourceBergen Drug Corporation** | represented by | **Paul Edward Asfendis** |
| | | Gibbons, P.C. |
| | | One Pennsylvania Plaza |
| | | 37th FLoor |
| | | New York, NY 10119 |
| | | 212−613−2000 |
| | | Fax: 212−333−5980 |
| | | Email: pasfendis@gibbonslaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**American Medical Distributors, Inc.**

**Defendant**

**Bellco Drug Corp.** represented by **Paul Edward Asfendis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blenheim Pharmacal, Inc.**

**Defendant**

**Eveready Wholsale Drugs Ltd.**

**Defendant**

**Kinray, LLC**

**Defendant**

**PSS World Medical, Inc.**

**Defendant**

**Rochester Drug Cooperative, Inc.**

**Defendant**

**Darby Group Companies, Inc.**

**Defendant**

**Raymond Sackler Family**

**Defendant**

**Mortimer Sackler Family**

**Defendant**

**Richard S. Sackler**

**Defendant**

**Jonathan D. Sackler**

**Defendant**

**Mortimer D.A. Sackler**

**Defendant**

**Kathe A. Sackler**

**Defendant**

**Ilene Sackler Lefcourt**

**Defendant**

**Beverly Sackler**

**Defendant**

**Theresa Sackler**

**Defendant**

**David A. Sackler**

**Defendant**

**Rhodes Technologies**

**Defendant**

**Rhodes Technologies Inc.**

**Defendant**

**Rhodes Pharmaceuticals L.P.**

**Defendant**

**Rhodes Pharmaceuticals Inc.**

**Defendant**

**Trust for the Benefit of Members of the Raymond Sackler Family**

**Defendant**

**The P.F. Laboratories, Inc.**

**Defendant**

**Stuart D. Baker**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical Companies, Inc.**

**Defendant**

**Mallinckrodt PLC**

**Defendant**

Mallinckrodt LLC

**Defendant**

**SpecGx LLC**

**Defendant**

**Mylan Pharmaceuticals, Inc.** represented by **Phoebe Anne Wilkinson**
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
212–917–3000
Fax: 212–918–3100
Email: phoebe.wilkinson@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandoz, Inc.**

**Defendant**

**West–Ward Pharmaceuticals Corp.**
*Now Known As*
Hikma Pharmaceuticals, Inc.

**Defendant**

**Amneal Pharmaceuticals, Inc.**

**Defendant**

**Noramco, Inc.**

**Defendant**

**John N. Kapoor** represented by **Kurt Michael Mullen**
Nixon Peabody LLP
Exchange Place
53 State Street
Boston, MA 02109–2835
617–345–1113
Fax: 866–394–9156
Email: kmullen@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anda, Inc.**

**Defendant**

**Discount Drug Mart, Inc.**

**Defendant**

HBC Service Company

**Defendant**

**Morris & Dickson Co., LLC**

**Defendant**

**Publix Supermarkets, Inc.**

**Defendant**

**SAJ Distributors**

**Defendant**

**Value Drug Company** represented by **Nelson Perel**
Webster Szanyi LLP
1400 Liberty Building
Buffalo, NY 14202
716−842−2800
Fax: 716−845−6709
Email: nperel@websterszanyi.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Smith Drug Company**

**Defendant**

**CVS Health Corporation** represented by **Conor B. O'Croinin**
Zuckerman Spaeder LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
410−949−1160
Email: cocroinin@zuckerman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn Patrick Naunton**
Zuckerman Spaeder LLP
485 Madison Avenue
10th Floor
New York, NY 10022
212−704−9600
Email: snaunton@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid of Maryland, Inc.**
*doing business as*
Rite Aid Mid−Atlantic Customer Support
Center, Inc.

**Defendant**

**Rite Aid Corp.**

**Defendant**

**Walgreens Boots Alliance, Inc.**

**Defendant**

**Walgreen Eastern Co.**

**Defendant**

**Walgreen, Co.**

**Defendant**

**Wal–Mart Inc.**

**Defendant**

**Miami–Luken, Inc.**

**Defendant**

**The Kroger Co.**

**Defendant**

**Henry Schein, Inc.**

**Defendant**

**Henry Schein Medical Systems, Inc.**

**Defendant**

**Express Scripts Holding Company**          represented by    **Alexandria Elvira Swette**
Kobre & Kim LLP
800 Third Avenue
Ste 6th Floor
New York, NY 10022
212–488–1200
Fax: 212–488–1220
Email: alexandria.swette@kobrekim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Menchel**
Kobre & Kim LLP
800 Third Avenue Floor 6
New York, NY 10022
212–488–1200
Email: matthew.menchel@kobrekim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Gary Kobre**
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212)488–1202
Fax: (212)488–1222
Email: steven.kobre@kobrekim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Riviere–Badell**
Kobre & Kim LLP
201 South Biscayne Boulevard
19th Floor
Ste 1900
Miami, FL 33131
305–967–6100
Fax: 305–967–6120
Email: adriana.riviere–badell@kobrekim.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alana Fatima Montas**
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
212–488–4921
Fax: 212–488–1220
Email: alana.montas@kobrekim.com
*ATTORNEY TO BE NOTICED*

**Julian W. Park**
Kobre & Kim LLP
150 California Street
19th Floor
San Francisco, CA 94111
415–582–4752
Email: julian.park@kobrekim.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

Express Scripts, Inc.     represented by     **Alexandria Elvira Swette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Menchel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Gary Kobre**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Riviere–Badell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alana Fatima Montas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julian W. Park**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremark Rx, L.L.C.**                    represented by    **Conor B. O'Croinin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn Patrick Naunton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CaremarkPCS Health, L.L.C.**             represented by    **Conor B. O'Croinin**
*doing business as*                                          (See above for address)
CVS/Caremark                                                 *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn Patrick Naunton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremark, L.L.C.**                       represented by    **Conor B. O'Croinin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn Patrick Naunton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CaremarkPCS, L.L.C.**                    represented by    **Conor B. O'Croinin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  | **Shawn Patrick Naunton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **UnitedHealth Group Incorporated** | represented by | **Steven Lawrence Penaro**<br>Alston and Bond LLP<br>90 Park Ave<br>15th Floor<br>New York, NY 10016<br>212–210–9460<br>Fax: 212–210–9444<br>Email: steve.penaro@alston.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Optum, Inc.** | represented by | **Steven Lawrence Penaro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **OptumRx, Inc.** | represented by | **Steven Lawrence Penaro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Prime Therapeutics LLC** | represented by | **Paul Francis Keneally**<br>Underberg & Kessler LLP<br>300 Bausch & Lomb Place<br>Rochester, NY 14604<br>585–258–2800<br>Fax: 585–258–2821<br>Email: keneally@underbergkessler.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Navitus Holdings, LLC** | represented by | **Nicholas Shea Davis**<br>Thompson & Knight LLP<br>777 Main Street, Suite 3300<br>Fort Worth, TX 76102<br>817–347–1716<br>Fax: 214–999–9266<br>Email: nick.davis@tklaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Navitus Health Solutions, LLC | | represented by **Nicholas Shea Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2019 | Ï 1 | NOTICE OF REMOVAL by Express Scripts Holding Company, Express Scripts, Inc. from Supreme Court of the State of New York, County of Cayuga, case number E2019–0669. (Filing fee $400 receipt number ANYEDC–11621856) Was the Disclosure Statement on Civil Cover Sheet completed –Yes (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Civil Cover Sheet, # 4 Exhibit) (Swette, Alexandria) Modified on 7/2/2019 (Rodin, Deanna). (Entered: 06/28/2019) |
| 06/29/2019 | Ï 2 | NOTICE by Express Scripts Holding Company, Express Scripts, Inc. re 1 Notice of Removal, *to Plaintiffs* (Swette, Alexandria) (Entered: 06/29/2019) |
| 06/29/2019 | Ï 3 | Corporate Disclosure Statement by Express Scripts Holding Company identifying Corporate Parent Cigna Corporation for Express Scripts Holding Company. (Swette, Alexandria) (Entered: 06/29/2019) |
| 06/29/2019 | Ï 4 | Corporate Disclosure Statement by Express Scripts, Inc. identifying Corporate Parent Express Scripts Holding Company, Other Affiliate Cigna Corporation for Express Scripts, Inc.. (Swette, Alexandria) (Entered: 06/29/2019) |
| 07/02/2019 | Ï 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Rodin, Deanna) (Entered: 07/02/2019) |
| 07/02/2019 | Ï | Case Assigned to Judge Joan M. Azrack and Magistrate Judge A. Kathleen Tomlinson. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Rodin, Deanna) (Entered: 07/02/2019) |
| 07/02/2019 | Ï 6 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Rodin, Deanna) (Entered: 07/02/2019) |
| 07/10/2019 | Ï 7 | NOTICE of Appearance by Steven Lawrence Penaro on behalf of Optum, Inc., OptumRx, Inc., UnitedHealth Group Incorporated (aty to be noticed) (Penaro, Steven) (Entered: 07/10/2019) |
| 07/12/2019 | Ï 8 | NOTICE of Appearance by Alexandria Elvira Swette on behalf of Express Scripts Holding Company, Express Scripts, Inc. (notification declined or already on case) (Swette, Alexandria) (Entered: 07/12/2019) |
| 07/12/2019 | Ï 9 | NOTICE of Appearance by Matthew Menchel on behalf of Express Scripts Holding Company, Express Scripts, Inc. (aty to be noticed) (Menchel, Matthew) (Entered: 07/12/2019) |
| 07/12/2019 | Ï 10 | NOTICE of Appearance by Steven Gary Kobre on behalf of Express Scripts Holding Company, Express Scripts, Inc. (aty to be noticed) (Kobre, Steven) (Entered: 07/12/2019) |
| 07/16/2019 | Ï 11 | STATE COURT RECORD Received from Supreme Court of the State of NY, Cnty of Cayuga, E2019–0669; Received on 7/16/2016; Received Certified Clerks Minutes and Notice of Removal. (Ortiz, Grisel) (Entered: 07/16/2019) |

| Date | # | Description |
|---|---|---|
| 07/17/2019 | Ï | ORDER TO SHOW CAUSE: Defendants are directed to show cause, in writing, on or before 7/24/2019, why this action–which originated in the Supreme Court of the State of New York, County of Cayuga–should not be transferred to the United States District Court for the Northern District of New York. Ordered by Judge Joan M. Azrack on 7/17/2019. (Gallagher, Erin) (Entered: 07/17/2019) |
| 07/17/2019 | Ï 12 | NOTICE of Appearance by Alana Fatima Montas on behalf of Express Scripts Holding Company, Express Scripts, Inc. (aty to be noticed) (Montas, Alana) (Entered: 07/17/2019) |
| 07/22/2019 | Ï 13 | MOTION to Remand to State Court by The City of Auburn. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit, # 4 Exhibit) (Shkolnik, Hunter) (Entered: 07/22/2019) |
| 07/22/2019 | Ï 14 | MOTION to Expedite *Motion to Remand* by The City of Auburn. (Attachments: # 1 Memorandum in Support) (Shkolnik, Hunter) (Entered: 07/22/2019) |
| 07/22/2019 | Ï 15 | RESPONSE TO ORDER TO SHOW CAUSE by Express Scripts Holding Company, Express Scripts, Inc. (Swette, Alexandria) (Entered: 07/22/2019) |
| 07/22/2019 | Ï 16 | NOTICE by Express Scripts Holding Company, Express Scripts, Inc. re 1 Notice of Removal, *Corrected Notice of Removal* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Swette, Alexandria) (Entered: 07/22/2019) |
| 07/22/2019 | Ï 17 | NOTICE by Express Scripts Holding Company, Express Scripts, Inc. re 16 Notice(Other) *Notice to Plaintiff of Filing Corrected Notice of Removal* (Swette, Alexandria) (Entered: 07/22/2019) |
| 07/23/2019 | Ï 18 | Amended MOTION to Remand to State Court by The City of Auburn. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit Summons and Complaint, # 4 Exhibit 2017 NY Transfer Order, # 5 Exhibit Auburn Transfer Order) (Shkolnik, Hunter) (Entered: 07/23/2019) |
| 07/23/2019 | Ï 19 | MOTION to Expedite *Amended Motion to Remand* by The City of Auburn. (Attachments: # 1 Memorandum in Support) (Shkolnik, Hunter) (Entered: 07/23/2019) |
| 07/24/2019 | Ï 20 | NOTICE of Appearance by Kurt Michael Mullen on behalf of John N. Kapoor (aty to be noticed) (Mullen, Kurt) (Entered: 07/24/2019) |
| 07/26/2019 | Ï 21 | Letter MOTION for Extension of Time to File Answer re 1 Notice of Removal, *and the Complaint therein, on Consent,* by Cardinal Health Inc.. (Attachments: # 1 Exhibit A – [Proposed] Order Extending Time to Answer, Move, or Otherwise Respond to Complaint and to Conduct Fed. R. Civ. P. 26(f) Conference) (Mulry, Kevin) (Entered: 07/26/2019) |
| 07/29/2019 | Ï 22 | ORDER OF RECUSAL: The Clerk of the Court is directed to reassign this case toanother Magistrate Judge in the ordinary course of business. Ordered by Magistrate Judge A. Kathleen Tomlinson on 7/29/2019. (Magistrate Judge A. Kathleen Tomlinson recused. Case randomly reassigned to Magistrate Judge Steven I. Locke for all further. Motions referred to Steven I. Locke.) (Florio, Lisa) (Entered: 07/29/2019) |
| 07/29/2019 | Ï 23 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–11708364. by CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., CaremarkPCS, L.L.C.. (Attachments: # 1 Affidavit in Support, # 2 Certificate of Good Standing – Md, # 3 Certificate of Good Standing – Pa) (O'Croinin, Conor) (Entered: 07/29/2019) |
| 07/30/2019 | Ï 24 | Consent MOTION for Extension of Time to File Answer re 1 Notice of Removal, *and the Complaint therein on behalf of CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.X., CaremarkPCS, L.L.C., Walgreen Co.; Walgreen Eastern Co.; Walgreens Boots Alliance, Inc.; Rite Aid Corporation and Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid Atlantic Customer Support Center; Walmart Inc., Prime Therapeutics LLC, Navitus Holdings, LLC, Navitus Health Solutions, LLC, UnitedHealth Group Incorporated, Optum, Inc., OptumRx, Inc., Express Scripts Holding Company, Express Scripts, Inc., and Anda, Inc.* by CVS Health |

| | | |
|---|---|---|
| | | Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., CaremarkPCS, L.L.C.. (Attachments: # 1 Exhibit A (Proposed Order Extending Time to Answer, Move of Otherwise Respond to Complaint and To Conduct Fed. R. Civ. P. 26(f) Conference)) (Naunton, Shawn) (Entered: 07/30/2019) |
| 07/31/2019 | Ï 25 | Letter MOTION for pre motion conference by Express Scripts, Inc.. (Montas, Alana) (Entered: 07/31/2019) |
| 08/05/2019 | Ï 26 | NOTICE of Appearance by Kevin Patrick Mulry on behalf of Cardinal Health Inc. (notification declined or already on case) (Mulry, Kevin) (Entered: 08/05/2019) |
| 08/05/2019 | Ï 27 | Corporate Disclosure Statement by Cardinal Health Inc. (Mulry, Kevin) (Entered: 08/05/2019) |
| 08/05/2019 | Ï 28 | RESPONSE in Opposition re 18 Amended MOTION to Remand to State Court , 19 MOTION to Expedite *Amended Motion to Remand* filed by Express Scripts, Inc.. (Attachments: # 1 Declaration of Alana F. Montas, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (Montas, Alana) (Entered: 08/05/2019) |
| 08/05/2019 | Ï 29 | MOTION to Appear Pro Hac Vice *by Adriana Riviere−Badell* Filing fee $ 150, receipt number ANYEDC−11731917. by Express Scripts Holding Company, Express Scripts, Inc.. (Attachments: # 1 Affidavit) (Riviere−Badell, Adriana) (Entered: 08/05/2019) |
| 08/06/2019 | Ï 30 | MOTION to Appear Pro Hac Vice *by Julian Park* Filing fee $ 150, receipt number ANYEDC−11735116. by Express Scripts Holding Company, Express Scripts, Inc.. (Attachments: # 1 Affidavit) (Park, Julian) (Entered: 08/06/2019) |
| 08/06/2019 | Ï 31 | NOTICE of Appearance by Paul Edward Asfendis on behalf of AmerisourceBergen Drug Corporation, Bellco Drug Corp. (aty to be noticed) (Asfendis, Paul) (Entered: 08/06/2019) |
| 08/06/2019 | Ï 32 | Corporate Disclosure Statement by AmerisourceBergen Drug Corporation, Bellco Drug Corp. identifying Corporate Parent AmerisourceBergen Corporation, Corporate Parent AmerisourceBergen Services Corporation for AmerisourceBergen Drug Corporation, Bellco Drug Corp.. (Asfendis, Paul) (Entered: 08/06/2019) |
| 08/07/2019 | Ï 33 | NOTICE of Appearance by Paul Francis Keneally on behalf of Prime Therapeutics LLC (aty to be noticed) (Keneally, Paul) (Entered: 08/07/2019) |
| 08/13/2019 | Ï | Electronic ORDER granting DE 23 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF; registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Ordered by Magistrate Judge Steven I. Locke on 8/13/2019. (Georgescu, Dora) (Entered: 08/13/2019) |
| 08/21/2019 | Ï 34 | NOTICE of Appearance by Nelson Perel on behalf of Value Drug Company (aty to be noticed) (Perel, Nelson) (Entered: 08/21/2019) |
| 08/21/2019 | Ï 35 | MOTION for Extension of Time to File Answer *requesting that the Court grant this application on consent and enter an order extending the time for Value Drug Company to answer, move, or otherwise respond to the Complaint and to conduct the Rule 26(f) planning conference until 60 days following: (1) a final decision by the JPML on transfer of this action to the Opiate MDL; or (2) this Courts ruling on Plaintiffs motion to remand, whichever is later* by Value Drug Company. (Attachments: # 1 Proposed Order Ex A) (Perel, Nelson) (Entered: 08/21/2019) |
| 08/22/2019 | Ï 36 | STIPULATION *regarding Service of the Summons and Complaint* by CVS Health Corporation, Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C., CaremarkPCS, L.L.C. (Naunton, Shawn) (Entered: 08/22/2019) |
| 08/26/2019 | Ï 37 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING SESSION filed before the US Judicial Panel on Multidistrict Litigation. (Marziliano, August) (Entered: 08/26/2019) |
| 08/28/2019 | 38 | Notice of Related Case indicated on the civil cover sheet in case number 19cv4891. (Rodin, Deanna) (Entered: 08/28/2019) |
| 08/28/2019 | | Electronic ORDER granting DE 29 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF; registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ordered by Magistrate Judge Steven I. Locke on 8/28/2019. (Georgescu, Dora) (Entered: 08/28/2019) |
| 08/28/2019 | | Electronic ORDER granting DE 30 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF; registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ordered by Magistrate Judge Steven I. Locke on 8/28/2019. (Georgescu, Dora) (Entered: 08/28/2019) |
| 08/29/2019 | 39 | Corporate Disclosure Statement by Caremark, L.L.C. identifying Corporate Parent CVS Health Corporation for Caremark, L.L.C.. (Naunton, Shawn) (Entered: 08/29/2019) |
| 08/29/2019 | 40 | Corporate Disclosure Statement by Caremark Rx, L.L.C. identifying Corporate Parent CVS Health Corporation for Caremark Rx, L.L.C.. (Naunton, Shawn) (Entered: 08/29/2019) |
| 08/29/2019 | 41 | Corporate Disclosure Statement by CaremarkPCS, L.L.C. identifying Corporate Parent CVS Health Corporation for CaremarkPCS, L.L.C.. (Naunton, Shawn) (Entered: 08/29/2019) |
| 08/29/2019 | 42 | Corporate Disclosure Statement by CaremarkPCS Health, L.L.C. identifying Corporate Parent CVS Health Corporation for CaremarkPCS Health, L.L.C.. (Naunton, Shawn) (Entered: 08/29/2019) |
| 08/29/2019 | 43 | Corporate Disclosure Statement by CVS Health Corporation (Naunton, Shawn) (Entered: 08/29/2019) |
| 08/29/2019 | 44 | NOTICE of Appearance by Nicholas Shea Davis on behalf of Navitus Health Solutions, LLC, Navitus Holdings, LLC (aty to be noticed) (Davis, Nicholas) (Entered: 08/29/2019) |
| 08/29/2019 | 45 | Corporate Disclosure Statement by Navitus Health Solutions, LLC, Navitus Holdings, LLC identifying Corporate Parent Dean Health Systems, Inc., Corporate Parent FPP, Inc., Corporate Parent SSM Health Care Corporation for Navitus Health Solutions, LLC, Navitus Holdings, LLC. (Davis, Nicholas) (Entered: 08/29/2019) |
| 08/30/2019 | 46 | MOTION for Extension of Time to File Answer by John N. Kapoor. (Attachments: # 1 Exhibit A) (Mullen, Kurt) (Entered: 08/30/2019) |
| 09/03/2019 | | Electronic ORDER granting in part and denying in part DE 21 Motion for Extension of Time to Answer. The deadline for Defendants to answer or otherwise respond to the Complaint is extended to and including 10/4/2019. Ordered by Magistrate Judge Steven I. Locke on 9/3/2019. (Georgescu, Dora) (Entered: 09/03/2019) |
| 09/03/2019 | | Electronic ORDER granting in part and denying in part DE 24 Motion for Extension of Time to Answer. The deadline for Defendants to answer or otherwise respond to the Complaint is extended to and including 10/4/2019. Ordered by Magistrate Judge Steven I. Locke on 9/3/2019. (Georgescu, Dora) (Entered: 09/03/2019) |
| 09/03/2019 | | Electronic ORDER granting in part and denying in part DE 35 Motion for Extension of Time to Answer. The deadline for Defendants to answer or otherwise respond to the Complaint is extended to and including 10/4/2019. Ordered by Magistrate Judge Steven I. Locke on 9/3/2019. (Georgescu, Dora) (Entered: 09/03/2019) |

| | | |
|---|---|---|
| 09/03/2019 | Ï | Electronic ORDER granting in part and denying in part DE 46 Motion for Extension of Time to Answer. The deadline for Defendant to answer or otherwise respond to the Complaint is extended to and including 10/4/2019. Ordered by Magistrate Judge Steven I. Locke on 9/3/2019. (Georgescu, Dora) (Entered: 09/03/2019) |
| 09/04/2019 | Ï 47 | NOTICE of Appearance by Phoebe Anne Wilkinson on behalf of Mylan Pharmaceuticals, Inc. (aty to be noticed) (Wilkinson, Phoebe) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 48 | Corporate Disclosure Statement by Mylan Pharmaceuticals, Inc. identifying Corporate Parent Mylan Inc., Corporate Parent Mylan N.V. for Mylan Pharmaceuticals, Inc.. (Wilkinson, Phoebe) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 49 | Letter MOTION for Extension of Time to File Answer by Mylan Pharmaceuticals, Inc.. (Wilkinson, Phoebe) (Entered: 09/04/2019) |
| 09/04/2019 | Ï 50 | NOTICE of Appearance by Adriana Riviere−Badell on behalf of Express Scripts Holding Company, Express Scripts, Inc. (notification declined or already on case) (Riviere−Badell, Adriana) (Entered: 09/04/2019) |
| 09/05/2019 | Ï | Electronic ORDER granting in part and denying in part DE 49 Motion for Extension of Time to Answer. The deadline for Defendant to answer or otherwise respond to the Complaint is extended to and including 10/4/2019. Ordered by Magistrate Judge Steven I. Locke on 9/5/2019. (Georgescu, Dora) (Entered: 09/05/2019) |
| 09/05/2019 | Ï 51 | NOTICE of Appearance by Julian W. Park on behalf of Express Scripts Holding Company, Express Scripts, Inc. (notification declined or already on case) (Park, Julian) (Entered: 09/05/2019) |
| 09/06/2019 | Ï | ORDER: The Court denies Plaintiff's Motion to Expedite its Motion to Remand 19 . This case is hereby temporarily stayed pending the Judicial Panel on Multidistrict Litigation's decision regarding its transfer to the Northern District of Ohio MDL. The Moving Defendants' are directed to provide a status report within seven (7) days of the September 26, 2019 hearing. The deadline for all defendants to answer or otherwise respond to the complaint is hereby stayed until the Court directs otherwise. Ordered by Judge Joan M. Azrack on 9/6/2019. (Gallagher, Erin) (Entered: 09/06/2019) |
| 10/02/2019 | Ï 52 | JPMDL Conditional Transfer Order IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION MDL No. 2804. IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable Dan A. Polster for inclusion in the coordinated or consolidated pretrial proceedings. **This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio** (Ortiz, Grisel) (Entered: 10/02/2019) |
| 10/02/2019 | Ï 53 | Certified JPMDL Conditional Transfer Order IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION MDL No. 2804. IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable Dan A. Polster for inclusion in the coordinated or consolidated pretrial proceedings. (Florio, Lisa) (Entered: 10/02/2019) |
| 10/02/2019 | Ï | Case transferred to the Northern District of Ohio. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Florio, Lisa) (Entered: 10/02/2019) |